*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided June 16, 1999

STATE OF CONNECTICUT *v.* NORMAN J. BELIVEAU

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 475 (AC 16215), is denied.

*Louis S. Avitabile*, special public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided June 16, 1999

KEITH JENKINS *v.* COMMISSIONER OF CORRECTION

The petitioner Keith Jenkins' petition for certification for appeal from the Appellate Court, 52 Conn. App. 385 (AC 17883), is denied.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Jo Ann Sulik*, assistant state's attorney, in opposition.

Decided June 16, 1999

STATE OF CONNECTICUT *v.* CHARLES BOSTWICK

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 557 (AC 17927), is granted, limited to the following issue: